1  BRUCE LOCKE (#177787)
   Moss & Locke
2  555 University Avenue, Suite 170
   Sacramento, CA 95825
3  (916) 569-0667
   (916) 569-0665 fax                              **OK/HAV**
4  Attorneys for
   LILY Y. MIZRAHIE
5

6              IN THE UNITED STATES DISTRICT COURT

7             FOR THE EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,        )   No.  CR S-03-0376 DFL
                                    )
9              Plaintiff,           )
                                    )   STIPULATION AND ORDER
10                                  )   CONTINUING THE STATUS
        v.                          )   CONFERENCE FROM JUNE 9,
11                                  )   2005 TO JULY 14, 2005 AT 10:00
   LILY Y. MIZRAHIE,                )   A.M.
12                                  )
               Defendant.           )
13 _____)

14      Defendant Frances Morada, through her counsel, Malcolm Segal, and Defendant Lily Mizrahe,

15 through her counsel, Bruce Locke, and the United States, through its counsel, Daniel S. Linhardt,

16 agree and stipulate that the status conference set for June 9, 2005 may be continued to July 14, 2005

17 in order to permit the parties to prepare the necessary paperwork to resolve the case without trial.

18      The parties stipulate that the time between the scheduled court appearance on June 9, 2005

19 and the status conference on July 14, 2005 should continue to be excluded from the calculation of

20 time pursuant to the Speedy Trial Act, due to counsels' need to prepare and in the interest of justice.

21 18 U.S.C. §3161(h)(8)(B)(iv). [Local Code T4].

22

23 June 8, 2005                          /S/ - BRUCE LOCKE for_____
                                         MALCOLM SEGAL
24                                       Counsel for Frances Morada

25

26

27

28

29                                        1

| | |
|---|---|
| June 8, 2005 | /S/ - BRUCE LOCKE<br>BRUCE LOCKE<br>Counsel for Lily Mizrahe |
| | |
| June 8, 2005 | /S/ - BRUCE LOCKE for<br>DANIEL S. LINHARDT<br>Assistant United States Attorney |

**IT IS SO ORDERED**.

Dated: 6/9/2005

_____
DAVID F. LEVI
United States District Judge