MALCOLM S. SEGAL - 075481
KIMBERLY A. URIE - 133992
SEGAL & KIRBY
770 L Street, Suite 1440
Sacramento, CA  95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003

Attorneys for Defendant          **OK/HAV**
FRANCES MORADA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. S-03-376-DFL |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER REGARDING STATUS CONFERENCE CONTINUANCE** |
| vs. | |
| FRANCES MORADA, LILY MIZRAHE | |
| Defendants. | |

Defendant Frances Morada, through her counsel of record, Malcolm Segal and Defendant Lily Mizrahe, through her counsel of record, Bruce Locke, and plaintiff United States of America, through its counsel, Assistant United States Attorney Daniel S. Linhardt, agree and stipulate that the status conference set for July 14, 2005 may be continued to September 15, 2005 at 10:00 AM, in order to permit the parties to further investigate, review and discuss the case regarding future proceedings.  This case continues to be complex within the meaning of the Speedy Trial Act due to the volume of discovery, complexity of the legal and factual issues, and the need of counsel to conduct independent investigations.

Accordingly, the time between the scheduled court appearance on July 14, 2005 and the status conference on September 15, 2005 should continue to be

excluded from the calculation of time pursuant to the Speedy Trial Act, due to complexity and counsels' need to prepare. 18 U.S.C. §3161 (h) (8) (B) (ii) and (iv) [Local Codes T2/T4].

Dated: July 11, 2005        **SEGAL & KIRBY**

By: /s/ Malcolm S. Segal
MALCOLM S. SEGAL
Counsel for Defendant Frances Morada

Dated: July 11, 2005        **MOSS & LOCKE**

By: /s/ Bruce Locke
BRUCE LOCKE
Counsel for Defendant Lily Mizrahe

Dated: July 11, 2005

By: /s/ Daniel S. Linhardt
DANIEL S. LINHARDT
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: 7/15/2005

DAVID F. LEVI
Chief United States District Judge