MALCOLM S. SEGAL - 075481
JAMES P. MAYO- 169897
SEGAL & KIRBY
770 L Street, Suite 1440
Sacramento, CA  95814
Telephone: (916) 441-0828
Facsimile: (916) 446-6003                    **OK/HAV**

Attorneys for Defendant
FRANCES MORADA


IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. S-03-376-DFL |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER REGARDING CONTINUANCE OF STATUS CONFERENCE** |
| vs. | |
| FRANCES MORADA, LILY MIZRAHE | |
| Defendants._____/ | |

Defendant Frances Morada, through her counsel of record, Malcolm Segal, and Defendant Lily Mizrahe, through her counsel of record, Bruce Locke, and Plaintiff United States of America, through its counsel, Assistant United States Attorney Daniel S. Linhardt, agree and stipulate that the status conference set for November 17, 2005 may be continued to January 19, 2006 at 10:00 AM, in order to permit the parties to further investigate, review and discuss the case regarding future proceedings, and to permit the defendants the opportunity to complete interviews required in connection with a deferred prosecution agreement.  This case continues to be complex within the meaning of the Speedy Trial Act due to the volume of discovery, complexity of the legal and factual issues, and the need of counsel to conduct independent investigations.

Accordingly, the time between the scheduled court appearance on November 17, 2005 and the status conference on January 19, 2006 should continue to be excluded from the calculation of time pursuant to the Speedy Trial Act, due to complexity and counsels' need to prepare. 18 U.S.C. §3161 (h) (8) (B) (ii) and (iv) [Local Codes T2/T4].

Dated: November 15, 2005                **SEGAL & KIRBY**

By: /s/ Malcolm S. Segal
MALCOLM S. SEGAL
Counsel for Defendant Frances Morada

Dated: November 15, 2005                **MOSS & LOCKE**

By: /s/ Bruce Locke
BRUCE LOCKE
Counsel for Defendant Lily Mizrahe

Dated: November 15, 2005

By: /s/ Daniel S. Linhardt
DANIEL S. LINHARDT
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: 11/21/ 2005

/s/ David F. Levi
HONORABLE DAVID F. LEVI
Chief Judge, United States District Court