1 | MALCOLM S. SEGAL - 075481
JAMES P. MAYO- 169897
2 | SEGAL & KIRBY
770 L Street, Suite 1440
3 | Sacramento, CA  95814
Telephone: (916) 441-0828
4 | Facsimile: (916) 446-6003

5 | Attorneys for Defendant
FRANCES MORADA

6

7

8 | IN THE UNITED STATES DISTRICT COURT FOR THE

9 | EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          CASE NO. S-03-376-DFL

12 | **STIPULATION AND PROPOSED ORDER REGARDING CONTINUANCE OF STATUS CONFERENCE**

Plaintiff,

13

vs.

14 | FRANCES MORADA,
15 | LILY MIZRAHE

16 | Defendants.
_____/

17

Defendant Frances Morada, through her counsel of record, Malcolm Segal, and Defendant Lily Mizrahe, through her counsel of record, Bruce Locke, and Plaintiff United States of America, through its counsel, Assistant United States Attorney John Vincent, agree and stipulate that the status conference set for March 16, 2006 may be continued to May 11, 2006 at 10:00 AM, in order to permit the parties to further investigate, review and discuss the case regarding future proceedings, and to permit the defendants the opportunity to complete interviews required in connection with a deferred prosecution agreement.  This case continues to be complex within the meaning of the Speedy Trial Act due to the volume of discovery, complexity of the legal and factual issues, and the need of counsel to conduct independent investigations.

1

1    Accordingly, the time between the scheduled court appearance on March 16,

2  2006, and the status conference on May 11, 2006 should continue to be excluded

3  from the calculation of time pursuant to the Speedy Trial Act, due to complexity and

4  counsels' need to prepare. 18 U.S.C. §3161 (h) (8) (B) (ii) and (iv) [Local Codes

5  T2/T4].

6

7  Dated: March 10, 2006                    **SEGAL & KIRBY**

8

9                                           By: /s/ Malcolm S. Segal
10  _____             MALCOLM S. SEGAL
                                            Counsel for Defendant Frances Morada
11

12

13  Dated: March 10, 2006                   **MOSS & LOCKE**

14

15                                          By:  /s/ Bruce Locke
16                                          BRUCE LOCKE
                                            Counsel for Defendant Lily Mizrahe
17

18

19  Dated: March 10, 2006

20                                          By:  /s/ John Vincent
21                                          JOHN VINCENT
                                            Assistant United States Attorney
22

23  **IT IS SO ORDERED.**

24

    Dated: 3/17/2006
25

26                                          /s/ David F. Levi
                                            HONORABLE DAVID F. LEVI
27                                          Chief Judge, United States District Court

28