1  McGREGOR W. SCOTT
   United States Attorney
2  JOHN K. VINCENT
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. Cr.-S-03-376-DLJ |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | GOVERNMENT'S MOTION TO DISMISS INDICTMENT AS TO DEFENDANT FRANCES DEVERA MORADA; ORDER THEREON |
| FRANCES DEVERA MORADA, and LILY YVONNE MIZRAHE, | ) | |
| Defendants. | ) | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure and an Agreement for Deferred Prosecution, the United States hereby moves the Court, in the interest of justice, for an order dismissing the indictment in this case against defendant FRANCES DEVERA MORADA since defendant

///
///
///
///
///
///
///
///

1

1  MORADA has satisfactorily completed an eighteen-month diversion program. (See Attachment A)

2  DATED: April 11, 2008

McGREGOR W. SCOTT<br>
United States Attorney<br>
<br>
By, /s/ John K. Vincent<br>
JOHN K. VINCENT<br>
Assistant U.S. Attorney

O R D E R

In view of the instant motion, and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the indictment in the above-captioned action as to defendant FRANCES DEVERA MORADA is hereby dismissed and that bond, if any, is hereby exonerated.

DATED: April 11, 2008

_____
D. LOWELL JENSEN
Senior United States District Judge